IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DARIUS HEARD**                                                                                     **PLAINTIFF**

v.                        Case No. 4:18-cv-00191-KGB-JJV

**STEVE LOPEZ**, Jail Administrator,
Lonoke County Sheriff's Office; *et al*.                                         **DEFENDANTS**

## ORDER

Before the Court are Proposed Findings and Recommendations filed by United States Magistrate Judge Joe J. Volpe (Dkt. No. 5). No objections to the Proposed Findings and Recommendations have been filed, and the time for filing objections has passed. After review, this Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects. Plaintiff Darius Heard may proceed on his due process claim against defendant Steve Lopez. Mr. Heard's failure to protect claim is dismissed without prejudice. Defendants John Staley and Margie Grigsby are dismissed from this action without prejudice. The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 25th day of June, 2018.

                                                                        Kristine G. Baker
                                                                        United States District Judge