# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DARIUS HEARD                                                                                          PLAINTIFF

v.                                          4:18cv00191-KGB-JJV

STEVE LOPEZ, Jail Administrator,
Lonoke County Sheriff's Office; *et al.*                                              DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.   Why the record made before the Magistrate Judge is inadequate.

2.   Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Darius Heard ("Plaintiff") filed this action on March 14, 2018. (Doc. No. 2.) On July 30, 2018, mail sent to Plaintiff from the Court was returned as undeliverable. (Doc. No. 16.) Therefore, on July 30, 2018, I directed Plaintiff to provide an updated address and affirm his intent to continue prosecuting this action within thirty days.[1] (Doc. No. 17.) Additional mail was returned as undeliverable. (Doc. No. 18.)

More than thirty days have now passed, and Plaintiff has not complied with or otherwise responded to my Order. He was warned that such failure would result in a recommendation that

---

[1] Local Rule 5.5(c)(2) states:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

Loc. R. 5.5(c)(2).

2

this action be dismissed without prejudice pursuant to Local Rule 5.5(c)(2). (Doc. Nos. 3 at 5-6, 17 at 1.)

IT IS, THEREFORE, RECOMMENDED that Plaintiff's Amended Complaint (Doc. No. 4) be DISMISSED without prejudice.

DATED this 4th day of September, 2018.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE