IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DARIUS HEARD**                                                                             **PLAINTIFF**

v.                       Case No. 4:18-cv-00191-KGB-JJV

**STEVE LOPEZ, Jail Administrator,**
**Lonoke County Sheriff's Office,** *et al*.                                **DEFENDANTS**

## ORDER

Before the Court are Proposed Findings and Recommendations filed by United States Magistrate Judge Joe J. Volpe (Dkt. No. 19). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 19). Accordingly, the Court dismisses without prejudice plaintiff Darius Heard's amended complaint (Dkt. No. 4).

Before the Court is also a motion to continue scheduling order filed by Lonoke County defendant Steve Lopez (Dkt. No. 22). The Court denies as moot this motion (Dkt. No. 22).

So ordered this 1st day of February, 2019.

                                                            Kristine G. Baker
                                                            United States District Judge