IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DARIUS HEARD**                                                                              **PLAINTIFF**

**v.**                       **Case No. 4:18-cv-00191-KGB-JJV**

**STEVE LOPEZ, Jail Administrator,**
**Lonoke County Sheriff's Office,** *et al***.**                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Darius Heard's amended complaint is dismissed without prejudice.

So adjudged this 1st day of February, 2019.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge